UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Perales,

      Plaintiff,

v.                                                          Case No. 16-cv-1195 (JNE/HB)
                                                            ORDER

United States; Federal Bureau of Prisions;
Loretta Lynch; Warden L. LaRiva; and
Federal Medical Center,

      Defendants.

This matter is before the Court on Plaintiff's objection to a Report and Recommendation filed by the Honorable Hildy Bowbeer, United States Magistrate Judge, on May 17, 2016. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Magistrate Judge's recommendation denying Plaintiff's application to proceed in forma pauperis because Plaintiff's complaint fails to state a cause of action on which relief may be granted.

    IT IS THEREFORE ORDERED THAT**:**

1. The Report and Recommendation [Docket No. 4] is ADOPTED.
2. This matter is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B).
3. The application to proceed in forma pauperis [Docket No. 2] is DENIED.
4. Plaintiff's motion to appoint counsel [Docket No. 3] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 6, 2016

                                                                            s/Joan N. Ericksen
                                                                            JOAN N. ERICKSEN
                                                                            United States District Judge